UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00097(1)-ADA |
| | § | |
| (1) MARGARITO REYNOLDO | § | |
| COREA-MARIN | | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed February 23, 2026, wherein the defendant (1) MARGARITO REYNOLDO COREA-MARIN waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) MARGARITO REYNOLDO COREA-MARIN to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) MARGARITO REYNOLDO COREA-MARIN 's plea of guilty to Count One (1) is accepted.

Signed this 9th day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE